EMMA WIELAND, as Administratrix of the Estate of AUGUST WIELAND, Deceased, Appellant, *v.* THIRD AVENUE TRANSIT CORPORATION, Respondent.

Argued April 15, 1947; decided May 15, 1947.

*John Braun, Adolph S. Ziegler, Harry H. Lipsig* and *Louis Greenfield* for appellant.

*Addison B. Scoville* and *A. C. Mayo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND THACHER, DYE and FULD, JJ.